No. 75–5012. LYNCH v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 75–5013. LYON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 75–5016. CASEY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 75–5021. JACKSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 75–5023. CUDD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5024. OSNER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied. 

No. 75–5025. MACPHERSON v. ALASKA. Sup. Ct. Alaska. Certiorari denied. 

No. 75–5026. McMORRIS v. BANKS. Ct. App. Cal., 2d App. Dist. Certiorari denied. 

No. 75–5030. DURHAM v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 75–5041. FORD v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 75–5042. BOYD v. WYOMING. Sup. Ct. Wyo. Certiorari denied. 

No. 75–5043. HOLSEY v. INMATE GRIEVANCE COM-MISSION. C. A. 4th Cir. Certiorari denied.